**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7589**

JAMES L. ROUDABUSH, JR.,

Plaintiff - Appellant,

v.

HYLTON, CDUSM, U. S. Marshal Service; D. LAWHORNE, Sheriff; STERNS, Chief; COMMONWEALTH ATTORNEY - ALEXANDRIA (VA); K. PEDERSEN, AUSA, EDVA; F. MILANO, Captain; J. COREY; G. HUNTER; LIEUTENANT M. JOSIAH; DIRECTOR, American Correctional Association; C. M. HILTON, USDJ, EDVA; EDWARD SEMONIAN, Circuit Court Clerk; R. STERNS, Deputy,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:15-cv-00376-RBS-TEM)

Submitted: February 16, 2016            Decided: March 2, 2016

Before WYNN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Lester Roudabush, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., appeals the district court's order dismissing his civil action filed pursuant to 42 U.S.C. § 1983 (2012) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), under 28 U.S.C. § 1915A(b)(1) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roudabush v. Hylton, No. 2:15-cv-00376-RBS-TEM (E.D. Va. Sept. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED